■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL RIVERA, Appellant.

We also reject defendant's contention that the court erred in denying his motion to dismiss the indictment (see, People v Cade, 74 NY2d 410).

We have examined defendant's other contention and find it to be without merit. (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Murder, 2nd Degree.) Present —Denman, P. J., Pine, Balio, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT HADSELL, Appellant.

We have examined defendant's remaining contentions and find that they do not require reversal. (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Rape, 1st Degree.) Present—Denman, P. J., Pine, Balio, Lawton and Davis, JJ.